```
KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America
```

FILED
07 DEC 12 AM 10:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           DEPUTY

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07 CV 2322 BTM CAB |
| Plaintiff, | NOTICE OF LIS PENDENS |
| v. | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 60795 RIMROCK CANYON ROAD, ANZA, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | |
| Defendant. | |

**OWNER OF RECORD: HAROLD ENRIQUE CARDENAS**

PLEASE TAKE NOTICE that a civil lawsuit is now pending in the United States District Court for the Southern District of California which involves title to One Residential Property Located at 60795 Rimrock Canyon Road, Anza, CA, and appurtenances affixed thereto. The defendant property is in Riverside County and is more particularly described as:

**ASSESSORS PARCEL NO. 557-270-045-1**

and legally described in Exhibit "A," attached hereto.

The general object of the lawsuit is to forfeit to the United States the defendant property in that said property had been used, was being used, or was intended to be used to facilitate drug trafficking in violation of Title 21, United States Code, Section 881(a)(7); said forfeiture proceeding pending in the United States District Court for the Southern District of California.



The owner of record of the above-described property is Harold Enrique Cardenas.

BE ADVISED THAT upon the entry of an Order of Forfeiture in favor of the United States, all right, title and interest in said property shall vest in the United States upon commission of the act giving rise to the forfeiture.

DATED: December 12, 2007

KAREN P. HEWITT
United States Attorney

*David McNees*

DAVID M. McNEES
Special Assistant U.S. Attorney

EXHIBIT "A"

Parcel A:

Parcel 4 of Parcel Map 19567, in the County of RIVERSIDE, State of California, as per map recorded in Book 123, page(s) 98 and 99, of Parcel Maps, in the office of the County Recorder of Riverside County.

Parcel B:

An easement for ingress and egress and utilities and road purposes in and over a strip of land 60.00 feet in width, being that portion of Parcels 1-5, of Parcel Map 19567 recorded in Book 123, page(s) 98 and 99, of Parcel Maps, Records of Riverside County, California and lying 30.00 feet on each side of the following described center line:

Commencing at the West quarter corner of Section 31, Township 8 South, Range 4 East, San Bernardino Meridian, as shown on said Parcel Map 19567;

Thence South 2° 59' 25" East along the West line of said Parcel Map 19567, a distance of 700.00 feet to the most Southwesterly corner of Parcel 1 of said Parcel Map 19567, point also being the True Point of Beginning;

Thence North 54° 02' 31" East a distance of 386.76 feet;

Thence North 86° 26' 24" East a distance of 713.59 feet;

Thence South 29° 21' 53" East a distance of 157.38 feet;

Thence South 14° 46' 00" East a distance of 275.78 feet;

Thence South 42° 37' 30" East a distance of 88.25 feet;

Thence North 89° 55' 10" East a distance of 94.33 feet;

Thence South 87° 35' 09" East a distance of 249.98 feet;

Thence North 81° 46' 35" East a distance of 83.07 feet;

Thence North 76° 35' 22" East a distance of 221.76 feet;

Thence South 60° 54' 32" East a distance of 168.06 feet;

Thence South 33° 07' 04" East a distance of 234.91 feet;

Thence South 6° 44' 47" East a distance of 244.49 feet;

Thence South 25° 12' 12" East a distance of 71.99 feet;

Thence South 41° 21' 59" East a distance of 116.95 feet;

Thence South 16° 31' 32" East a distance of 117.61 feet;

EXHIBIT "A" Continued

Thence South 35° 37' 57" West a distance of 149.81 feet;

Thence South 30° 08' 27" West a distance of 316.72 feet;

Thence South 87° 01' 10" West a distance of 360.00 feet;

Thence North 82° 29' 22" West a distance of 493.10 feet;

Thence North 43° 40' 24" West a distance of 356.62 feet;

Thence North 20° 50' 49" West a distance of 273.95 feet;

Thence North 45° 26' 28" West a distance of 161.91 feet;

Thence North 19° 23' 55" West a distance of 130.31 feet;

Thence North 6° 07' 50" West a distance of 158.32 feet;

Thence North 40° 30' 50" West a distance of 129.86 feet;

Thence South 61° 16' 49" West a distance of 238.56 feet;

Thence North 78° 38' 11" West a distance of 171.45 feet;

Thence South 83° 51' 29" West a distance 225.84 feet to the West line of said Parcel Map 19567;

Thence North 2° 59' 25" West along the West line of said Parcel Map 19567 a distance of 380.00 feet to the True Point of Beginning.

The side lines of the above described 60 foot strip shall be prolonged or shortened to terminate in the boundary of the lands of the said Parcel Map 19567.

Excepting therefrom an easement for ingress and egress and utilities and road purposes in and over a strip of land 60.00 feet in width, being that portion of Parcel 4 of Parcel Map 19567 recorded in Book 123, page(s) 98 and 99 of Parcel Maps, Records if Riverside County, California and lying 30.00 feet on each side of the following described center line:

Commencing at the West quarter corner of Section 31, Township 8 South, Range 4 East, San Bernardino Meridian, as shown on said Parcel Map 19567;

Thence South 2° 59' 25" East along the West line of Parcel Map 19567, a distance of 700.00 feet to the most Southwesterly corner of Parcel 1 of said Parcel Map 19567;

Thence North 54° 02' 31" East a distance of 386.76 feet;

Thence North 86° 26' 24" East a distance of 713.59 feet;

Thence South 29° 21' 53" East a distance of 157.38 feet;

EXHIBIT "A" Continued

Thence South 14° 46' 00" East a distance of 275.78 feet;

Thence South 42° 37' 30" East a distance of 88.25 feet;

Thence North 89° 55' 10" East a distance of 94.33 feet;

Thence South 87° 35' 09" East a distance of 249.98 feet;

Thence North 81° 46' 35" East a distance of 83.07 feet;

Thence North 76° 35' 22" East a distance of 221.76 feet;

Thence South 60° 54' 32" East a distance of 168.06 feet;

Thence South 33° 07' 04" East a distance of 234.91 feet;

Thence South 6° 44' 47" East a distance of 244.49 feet;

Thence South 25° 12' 12" East a distance of 71.99 feet;

Thence South 41° 21' 59" East a distance of 116.95 feet;

Thence South 16° 31' 32" East a distance of 117.61 feet;

Thence South 35° 37' 57" West a distance of 149.81 feet;

Thence South 30° 08' 27" West a distance of 316.72 feet;

Thence South 87° 01' 10" West a distance of 360.00 feet;

to the True Point of Beginning.

Thence North 82° 29' 22" West a distance of 493.10 feet;

Thence North 43° 40' 24" West a distance of 356.62 feet;

Thence North 20° 50' 49" West a distance of 273.95 feet;

Thence North 45° 20' 28" West a distance of 161.91 feet;

Thence North 19° 23' 55" West a distance of 130.31 feet;

Thence North 6° 07' 50" West a distance of 158.32 feet;

Thence North 40° 30' 50" West a distance of 129.86 feet;

Thence South 61° 16' 49" West a distance of 238.56 feet;

Thence North 78° 38' 11" West a distance of 171.45 feet;

Thence South 83° 51' 29" West a distance 225.84 feet to the West line of said Parcel Map 19567;

## EXHIBIT "A" Continued

The side lines of the above described 60 foot strip shall be prolonged or shortened to terminate in the boundary of the lands of Parcel 4 of said Parcel map 19567.

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA |

```
 3  UNITED STATES OF AMERICA,           )  Case No.
                                        )
 4          Plaintiff,                  )
                                        )  CERTIFICATE OF SERVICE
 5       v.                             )
                                        )
 6  ONE RESIDENTIAL PROPERTY            )
    LOCATED AT 60795 RIMROCK            )
 7  CANYON ROAD, ANZA, CA, AND          )
    ALL IMPROVEMENTS AND                )
 8  APPURTENANCES AFFIXED THERETO,      )
                                        )
 9          Defendant.                  )
                                        )
10
11  STATE OF CALIFORNIA  )
                      ss.)
12  COUNTY OF SAN DIEGO  )
```

13    IT IS HEREBY CERTIFIED THAT:

14    I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a

15 resident of San Diego County, San Diego, California; my business address is 880 Front Street,

16 San Diego, California; I am not a party to the above-entitled action; and,

17    On this date I caused to be mailed by United States certified mail a copy of Notice of Lis

18 Pendens, addressed to:

19       Harold Enrique Cardenas
         60795 Rimrock Canyon Road
20       Anza, CA 92539-8902

21    This is the last known address, at which place there is delivery service of certified mail

22 from the United States Postal Service.

23    I declare under penalty of perjury that the foregoing is true and correct.

24    Executed on December 12, 2007.

25

26                                    _____
                                      MARY I. APGAR
27

28