| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID M. McNEES |
| | Special Assistant U.S. Attorney |
| 3 | California State Bar No. 216612 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5979 |
| | E-mail: david.mcnees@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 07cv2322-BTM(CAB) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF AND |
| | ) | REQUEST FOR CLERK'S |
| | ) | ENTRY OF DEFAULT AS |
| v. | ) | TO HAROLD CARDENAS |
| | ) | |
| ONE RESIDENTIAL PROPERTY | ) | |
| LOCATED AT 60795 RIMROCK | ) | |
| CANYON ROAD, ANZA, CA, AND | ) | |
| ALL IMPROVEMENTS AND | ) | |
| APPURTENANCES AFFIXED THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, David M. McNees, Special Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

On December 12, 2007, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above-named defendant property, One Residential Property Located at 60795 Rimrock Canyon Road, Anza, CA. On December 12, 2007, a lis pendens was recorded on the defendant property at the Riverside county Recorder's Office as Document 2007-0742557.

On December 27, 2007, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimant at his address of record:

//

| Name and Address | Article No. | Result |
|---|---|---|
| Harold Enrique Cardenas<br>60795 Rimrock Canyon Road<br>Anza, CA 92539-8902 | 7004 2510 0003 3013 3318 | Returned by the Post Office marked "Unclaimed." |

On February 14, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were personally served on Harold Cardenas by DEA Special Agent Steven W. Reed at the San Diego Superior Courthouse, Courtroom 41, San Diego, California.

From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by Harold Cardenas.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant property as to Harold Cardenas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of March, 2008.

s/ David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: david.mcnees@usdoj.gov