# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States<br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　vs<br><br>One Residential Property Located at 60795 Rimrock Canyon Road, Anza, CA<br>*and All Improvements and Appurtenances Affixed Thereto*<br>　　　　　　　　　　　Defendant, | **Civil No.**　　07cv2322-BTM(CAB)<br><br>**DEFAULT** |

　　　It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on December 12, 2007 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered as to the following Claimant:

　　Harold Cardenas

**Entered On:**　　March 27, 2008

　　　　　　　　　　　　　　　　　　　　By:　　　　s/V.Trujillo　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy