RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Claimant Harold Cardenas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CV-2322-BTM(CAB) |
| Plaintiff, | ) | **CLAIM OF HAROLD CARDENAS** |
| vs. | ) | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 60795 RIMROCK, CANYON ROAD, ANZA,CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | ) | |
| Defendant. | ) | |

    Pursuant to the Supplemental Rules, Federal Rules of Civil Procedure, I, HAROLD CARDENAS, hereby demand the return and restitution of the defendant property, and claim the right to defend this action as an owner of said property.

    I declare under penalty of perjury the foregoing is true and correct.

    Executed this 14th day of May, 2008, at San Diego, CA.

HAROLD CARDENAS, Claimant

**CERTIFICATE OF SERVICE**

1

2    I, RICHARD M. BARNETT, do hereby state:

3    That I am a citizen of the United States, over the age of eighteen years, and not a party to the

4    within action.

5    That my business address is 105 West F Street, 4th Floor, San Diego, California.

6    That on May 15, 2008, I have caused service of Claim of Harold Cardenas, on the following

7    party by electronically filing the foregoing with the Clerk of the District Court using its ECF System,

8    which electronically notifies said party:

9    1.  David M. McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

10    I declare under penalty of perjury that the foregoing is true and correct.

11    Executed on this 15th day of May, at San Diego, California.

12

13                           s/ Richard M. Barnett
                            RICHARD M. BARNETT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28