UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 60795 RIMROCK CANYON ROAD, ANZA, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>   Defendant. | Case No. 07cv2322-BTM(CAB)<br><br>ORDER TO PERMIT ACCESS TO DEFENDANT PROPERTY BY APPRAISER<br>[Doc. No. 9] |

  GOOD CAUSE APPEARING and the Court having been advised of the relevant facts,

  IT IS HEREBY ORDERED that any resident/residents of 60795 Rimrock Canyon Road, Anza, CA make the property available on forty-eight (48) hours notice for the purpose of appraisal by the United States Marshals Service.

DATED: December 18, 2008

                  _____
                  **CATHY ANN BENCIVENGO**
                  United States Magistrate Judge